Form oscobcon − oscobconv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−18794−MEH
Chapter: 11
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Home Stone Living LLC
41−51 Wilson Avenue
Apt 15
Newark, NJ 07105

Social Security No.:

Employer's Tax I.D. No.:
88−4186344

---

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR CORPORATE DEBTOR'S FAILURE TO OBTAIN COUNSEL**

The Court having noted that the debtor is a corporation or other form of separate legal entity and is not represented by an attorney, it is hereby

ORDERED that the Debtor must file with the Clerk proof that they have retained counsel, including any application and/or disclosures required in connection with the retention of such counsel, or the case will be dismissed.

A hearing is scheduled before the Honorable Mark Edward Hall on:

Date: August 25, 2026
Time: 10:00 AM
Location: Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 160 346 3948, Click on JOIN using passcode 337273, or call 1−646−828−7666

to show cause why the case should not be dismissed.

If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless eligibility has been established and/or counsel has been retained *and* filed a Notice of Appearance before the hearing date on this Order to Show Cause, you **must** appear at the hearing, which may be conducted in−person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom. Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE ADVISED that failure to either resolve the outstanding issues or appear at the hearing will result in dismissal of the case.

Dated: August 3, 2026
JAN:

Mark Edward Hall
United States Bankruptcy Judge